Alt v. Norman.

---

ALT, *Plaintiff in Error*, v. NORMAN.*

Division One, May 14, 1895.

1. **Swamp Lands**: CONVEYANCE: COUNTY COURT. A county was authorized, under the act of 1869 (Acts, page 67), to sell swamp lands at private sale.

2. ———: ———: SEAL. A common law seal affixed to a conveyance is sufficient in the absence of the statutory seal.

3. ———: ———: ———. The seal of the county court impressed upon paper attached to the deed, and adopted by a commissioner appointed to convey swamp lands under Revised Statutes, 1879, section 671, is sufficient.

4. ———: ———: ———. The acknowledgment of a commissioner appointed to convey county lands, may be considered in determining whether the seal used was adopted as his seal.

*Syllabi taken from 127 Mo. 466.

The State ex rel. v. Scarritt.

*Error to Cape Girardeau Court of Common Pleas.*—HON. MAURICE CRAMER, Judge.

REVERSED AND REMANDED.

*J. W. Limbaugh* for plaintiff in error.

*Wilson Cramer* for defendant in error.

PER CURIAM.—The same question of law on the same state of facts, with only a change in the name of the acting defendant, is raised in this case, as was presented and passed upon in the case of *Alt v. Stoker,* 127 Mo. 466. In that controversy, as in this, the only question raised was as to the sufficiency of a deed made by Cape Girardeau county by John R. Henderson, commissioner, to William J. Alt, the plaintiff herein, covering both tracts of land in that and this suit. On the authority and for the reasons given in the case of *Alt v. Stoker, supra,* the judgment of the trial court, in this case, will be reversed and cause remanded for a new trial.